FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2019 MAY -6 PM 3: 47

DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.                                           CASE NO. 6:19-cr-112-Orl-40-LRH
                                             18 U.S.C. § 1349
JOLANTA KUCHARSKI

### INFORMATION

The United States Attorney charges:

### COUNT ONE

#### A. Introduction

1. eBay Inc. (eBay) is a multinational e-commerce corporation based in San Jose, California, that facilitates consumer-to-consumer and business-to-consumer sales through its website.

2. PayPal Holdings, Inc. (PayPal) is an American company operating a worldwide online payments system that supports online money transfers and serves as an electronic alternative to traditional paper methods like checks and money orders.

### B. <u>Conspiracy</u>

3. Beginning on or about a date unknown, and continuing through on or about May 9, 2018, in the Middle District of Florida, and elsewhere, the defendant,

JOLANTA KUCHARSKI

did knowingly and willfully combine, conspire, confederate, and agree with another person known to the United States Attorney:

To commit mail fraud, by knowingly and with intent to defraud, devising, and intending to devise, a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises that related to material facts, and, for the purpose of executing such scheme and artifice, knowingly placing in any post office and authorized depository for mail matter to be sent and delivered by the United States Postal Service; knowingly depositing and causing to be deposited to be sent and delivered by a private and commercial interstate carrier; knowingly taking and receiving from the United States Postal Service and a private and commercial interstate carrier; and knowingly causing to be delivered by mail and private and commercial interstate carrier, according to the direction thereon, and at the place at which it was directed to be delivered

by the person to whom it was addressed, any matter and thing, in violation of 18 U.S.C. § 1341.

### C. Manner and Means

4. The manner and means by which the defendant, JOLANTA KUCHARSKI, sought to accomplish the conspiracy included, among others:

a. It was part of the conspiracy that the defendant, JOLANTA KUCHARSKI, and a conspirator known to the United States Attorney would and did use publicly available websites to obtain personal identifying information, including names and dates of birth, of individuals that was used without their knowledge or authorization to create fraudulent eBay and PayPal accounts.

b. It was further part of the conspiracy that a conspirator known to the United States Attorney negotiated the fraudulent sale of products, predominantly gift cards, through eBay.

c. It was further part of the conspiracy that a conspirator known to the United States Attorney caused the eBay customers to issue payments via the fraudulent PayPal accounts.

d. It was further part of the conspiracy the defendant, JOLANTA KUCHARSKI, and a conspirator known to the United States Attorney, instead of mailing the purchased item to the customers, used the

United States Postal Service to disguise their fraudulent activities. To that effect the defendant, JOLANTA KUCHARSKI, and a conspirator known to the United States Attorney mailed random items to other innocent individuals, and used the United States Postal service tracking numbers to represent to eBay and its customers that they had mailed the purchased items. As a result, eBay customers never received the purchased items, and eBay routinely denied their demands for refund.

  e. It was further part of the conspiracy that the defendant, JOLANTA KUCHARSKI, and a conspirator known to the United States Attorney used the fraudulently obtained proceeds of their illegal activities to purchase precious metals, which they received through the United States Postal Service.

All in violation of 18 U.S.C. § 1349.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 1341, or a conspiracy to violate 18 U.S.C. § 1341 ( 18 U.S.C. § 1349), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28

U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

3.    The property to be forfeited includes, but is not limited to, a money judgment in the amount of $64,000, which represents the proceeds of the offense.

4.    If any of the property described above, as a result of any act or omission of the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty;

the United States shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Ilianys Rivera Miranda
Assistant United States Attorney

By: _____
Roger B. Handberg
Assistant United States Attorney
Chief, Orlando Division