Case 6:19-cr-00112-RBD-LRH   Document 36   Filed 08/19/19   Page 1 of 2 PageID 134

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**

**VS.**  CASE NO: 6:19-cr-112-Orl-37LRH

**JOLANTA KUCHARSKI**

| JUDGE: | Roy B. Dalton, Jr. | COUNSEL FOR GOVERNMENT: | Ilianys Rivera Miranda |
|---|---|---|---|
| DEPUTY CLERK: | Landon Countryman | COUNSEL FOR DEFENDANT: | Nicole Mouakar |
| COURT REPORTER: | Amie First amiefirst.courtreporter@gmail.com | PRETRIAL/PROBATION: | Troy Dennis |
| SCHEDULED DATE/TIME: | August 19, 2019 10:15 AM | INTERPRETER: | George Koverdan/Polish |

## MINUTES ON SENTENCING

Interpreter placed under oath.

**SENTENCE IMPOSED as to Count One of the Indictment.**

**PROBATION**: Three Years

> *Special conditions of probation:*
>
> Credit Restrictions.
>
> 100 hours of community service in lieu of paying a fine.
>
> Defendant shall cooperate in the collection of DNA.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**RESTITUTION**, if yes, AMOUNT $63,483.52

Is it jointly and severally? Brian Kucharski in case no. 6:18-cr-233. Payable at 200.00 per month. Interest is waived.

**FORFEITURE ORDERED** of those assets identified in the Preliminary Order of Forfeiture entered at Doc. 34.

Defendant advised of right to appeal.

Defendant is directed to report to USPO.

Defendant's ORE TENUS Motion to Return Passport – GRANTED. Clerk's office is directed to return the defendant's passport.

Time in court: 10:17 pm – 10:44 ;   Total time in court: 27 minutes